**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number – 2023 CA 1115

Katherine Reznik Benoit

Vs.

Benjamin Paul Benoit

Family Court of East Baton Rouge
East Baton Rouge Parish Case No.: 215758

On Application for Rehearing filed on  05/30/2024 by Katherine Reznik Benoit

Rehearing _____ *Denied* _____

_____
Judge Mitchell R. Theriot

_____
Judge Allison H. Penzato

_____
Judge Elizabeth Wolfe

Date _____ JUN 1 4 2024 _____

_____
Rodd Naquin, Clerk